| Reset Form | | Print Form |
|---|---|---|

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:16-cv-1119 , Case Name Eli Lilly and Company et al. v. Actavis

Party Represented by Applicant: Eli Lilly and Company and ICOS Corporation

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Robert Carroll Stanley

Bar Identification Number 675161          State Georgia

Firm Name Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Firm Phone # 404-653-6400          Direct Dial # 404-653-6441          FAX # 404-653-6444

E-Mail Address robert.stanley@finnegan.com

Office Mailing Address 271 17th Street, N.W., Suite 1400, Atlanta, GA 30363

Name(s) of federal court(s) in which I have been admitted U.S.C.A - Fed. Cir.; U.S.D.C. - N.D. Ga.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          Mar. 1, 2017
(Signature)                                (Date)
Yieyie Yang                                88134
_____          _____
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____
Anthony J. Trenga
(United States District Judge)

_____
March 6, 2017
(Date)

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, APPLICATION TO QUALIFY AS A FOREIGN

ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) was filed electronically. Notice of this

filing will be sent to the following by operation of the Court's electronic filing system. Parties

may access this filing through the Court's system.

Gregory N. Stillman
Wendy C. McGraw
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, VA 23510
gstillman@hunton.com
wmcgraw@hunton.com

Ryan A. Cook
Jonathan A. Harris
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
rcook@axinn.com
jharris@axinn.com

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, DC 20004
aburgy@axinn.com

*Attorneys for Watson Laboratories, Inc. and
Teva Pharmaceuticals USA, Inc.*

Victor Kernus
CANTOR COLBURN LLP
1800 Diagonal Road, Suite 400
Alexandria, VA 22314
vkernus@cantorcolburn.com

Steven M. Coyle
Nicholas A. Geiger
Tasia E. Hansen
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

Maya E. Eckstein
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, VA 23219
meckstein@hunton.com

Gurprett Singh Walia
Richard G. Greco
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
gwalia@cohengresser.com
rgreco@rggliberty.com

*Attorneys for Accord Healthcare, Inc.*

Steven M. War
William D. Hare
Renita S. Rathinam
MCNEELY, HARE & WAR, LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, DC 20015
steve@miplaw.com
bill@miplaw.com
rathinam@miplaw.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc.*

Patricia E. Bruce
R. Scott Caulkins
CAULKINS & BRUCE, PC
2300 Wilson Blvd., Suite 240
Arlington, VA 22201
pbruce@caulkinsbruce.com
scaulkins@caulkinsbruce.com

Mark S. Schuman
Samuel T. Lockner

scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com
thansen@cantorcolburn.com

*Attorneys for Cipla Limited and
Cipla USA, Inc.*


Nirav Desai
Dennies Varughese
Christopher M. Gallo
Chandrika Vira
Donald R. Banowit
STERNE, KESSLER,
GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington DC 20005-3934
ndesai@skgf.com
dvarughe@skgf.com
cgallo@skgf.com
cvira@skgf.com
dbanowit@skgf.com

*Attorneys for Alembic Pharmaceuticals Ltd. and
Alembic Pharmaceuticals, Inc.*


J. Michael Showalter
Sailesh K. Patel
Thomas A. Rammer
Tara L. Feld
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
mshowalter@schiffhardin.com
spatel@schiffhardin.com
trammer@schiffhardin.com
tfeld@schiffhardin.com

John K. Hsu
SCHIFF HARDIN LLP
901 K Street, N.W., Suite 700
Washington, DC 20001
jhsu@schiffhardin.com


George Chih-Lun Yu
SCHIFF HARDIN LLP

Jonathan D. Carpenter
Caroline L. Marsili
Jennell C. Bilek
CARLSON, CASPERS, VANDENBURGH,
LINDQUIST & SCHUMAN
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
mschuman@carlsoncaspers.com
slockner@carlsoncaspers.com
jcarpenter@carlsoncaspers.com
cmarsili@carlsoncaspers.com
jbilek@carlsoncaspers.com

*Attorneys for Sun Pharma Global FZE and
Sun Pharmaceutical Industries, Ltd.*


William D. Dolan
LAW OFFICES OF WILLIAM D. DOLAN, III,
PC
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
wdolan@dolanlaw.net

Robert R. Vieth
Wayne G. Travell
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22102
rvieth@hf-law.com
wtravell@hf-law.com

Tung-On Kong
Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI
GOODRICH & ROSATI, P.C.
One Market Street
Spear Tower Suite 3300
San Francisco, CA 94105
tkong@wsgr.com
wdevine@wsgr.com
thanson@wsgr.com
Lauren E. Wardle
WILSON SONSINI
GOODRICH & ROSATI, P.C.
12235 El Camino Real, Suite 200
San Diego, CA 92130
wdevine@wsgr.com

2

One Market Street, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
gyu@schiffhardin.com

*Attorneys for Aurobindo Pharma Ltd.,
Aurobindo Pharma USA, Inc., Ajanta Pharma,
Ltd., and Ajanta Pharma USA, Inc.*

lwardle@wsgr.com

Lisa D. Zang
WILSON SONSINI
GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1500
Los Angeles, CA 90071
lzang@wsgr.com

*Attorneys for Mylan Pharmaceuticals Inc.*

Richard H. Ottinger
VANDEVENTER BLACK LLP
101 West Main Street
500 World Trade Center
Norfolk, VA 23510
rottinger@vanblacklaw.com

Stephen R. Auten
Richart T. Ruzich
Ian Scott
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
rruzich@taftlaw.com
sauten@taftlaw.com
iscott@taftlaw.com

*Attorney for Apotex, Inc. and Apotex Corp.*

_/s/ Yieyie Yang_____
Yieyie Yang (VA Bar # 88134)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Fax: (202) 408-4400
yieyie.yang@finnegan.com

3