IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:16cv1119, Case Name Eli Lilly and Company, et al v. Watson Laboratories, Inc, et al
Party Represented by Applicant: Teva Pharmaceuticals USA Inc. and Watson Laboratories, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Francis Christopher Mizzo
Bar Identification Number 975485   State DC (also member of the New York bar)
Firm Name Kirkland & Ellis LLP
Firm Phone # 202-879-5000   Direct Dial # 202-879-5147   FAX # 202-879-5200
E-Mail Address chris.mizzo@kirkland.com
Office Mailing Address 655 Fifteenth Street, N.W., Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted US Court of Appeals, Federal Circuit and Third Circuit; USDC, Southern and Eastern Districts of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Wendy C. McGraw   03/06/2017
(Signature)   (Date)
Wendy C. McGraw   37880
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)   (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send electronic notification of the same to counsel of record, including counsel for Plaintiff, as follows:

> Laura Masurovsky (VA Bar 32379)
> Laura.masurovsky@finnegan.com
> Yieyie Yang (VA Bar 88134)
> Yieyie.yang@finnegan.com
> **FINNEGAN, HENDERSON, FARABOW**
>   **GARRETT & DUNNER, LLP**
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413
> Phone: (202) 408-4000
> Fax: (202) 408-4400
>
> *Counsel for Eli Lilly and Company*
> *And ICOS Corporation*

/s/
Wendy C. McGraw (VSB #37880)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
wmcgraw@hunton.com

*Counsel for Watson Laboratories, Inc. and*
*Teva Pharmaceuticals USA Inc.*